## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**DAVID ROBINSON**

**VERSUS**

**CITY OF BATON ROUGE**

**CIVIL ACTION**

**NO.09-1024-RET-CN**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST FOR SETTLEMENT CONFERENCE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, **DAVID ROBINSON**, who moves this Honorable Court to amend the Pretrial Order as follows:

1.

The Scheduling Order implemented by this Honorable Court states that the deadline to request a settlement conference in this matter has been set for June 3, 2016.

2.

At this time, and in accordance with the deadlines established in the Scheduling Order, Plaintiff, David Robinson, would like to formally request that a settlement conference be set by this Honorable Court.

**WHEREFORE**, Plaintiff, David Robinson, prays that a settlement conference be set by this Honorable Court, and further, that all counsel of record be notified of same.

1

RESPECTFULLY SUBMITTED:

BALFOUR LAW FIRM
437 Louisiana Avenue
Baton Rouge, Louisiana  70802
Telephone:  (225) 214-4484
Facsimile: (225) 214-4487


BY:	/S/ Kelly E. Balfour
	KELLY E. BALFOUR, #27,368


## CERTIFICATE

I hereby certify that a copy of the above and foregoing Joint Motion to Extend Discovery Deadlines has this day been forwarded to the counsel of record, via U. S. Mail, to all counsel of record.

Baton Rouge, Louisiana, this 1st day of June, 2016.

	/S/ Kelly E. Balfour
	KELLY E. BALFOUR

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID ROBINSON

VERSUS

CITY OF BATON ROUGE

CIVIL ACTION

NO.09-1024-RET-CN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONSIDERING THE FOREGOING MOTION:

**IT IS ORDERED** that a Status Conference be assigned in this matter for the _____ day of _____, 2016 at _____ o'clock \_\_\_.m., and that all counsel of record be notified.

Baton Rouge, Louisiana this _____ day of _____, 2016.

_____
ERIN WILDER-DOOMES
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA